IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In the Matter of the Search of

                              Case No. 19-MJ-5101-JGD

27 ATHENS STREET APT #3
CAMBRIDGE, MA

## GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT MATERIALS

The United States of America respectfully moves this Court to unseal the search warrant application, supporting affidavit, search warrant, this motion, any ruling on this motion, and all related paperwork until further order of this Court. In support of this motion, the government states that the search warrant has been executed and that sealing is no longer needed.

                                                Respectfully submitted,

                                                ANDREW E. LELLING
                                                United States Attorney

By: _____
       JOHN A. WORTMANN, JR.
       ASSISTANT U.S. ATTORNEY

                                          Date:   April 23, 2019